Magistrate Judge Benton

FILED ___ ENTERED
___ LODGED ___ RECEIVED

OCT 23 2002

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

M 02-00561 #00000001

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN ALLEN MUHAMMAD,<br>  a/k/a John Williams,<br>  a/k/a Wayne Weeks,<br>  a/k/a Wayne Weekley,<br><br>Defendant. | MAGISTRATE'S DOCKET NO<br>CASE NO.<br><br>02-561M<br><br>COMPLAINT for VIOLATION<br><br>U.S.C. Title 18<br>Sections 922(g)(8) and 924(a)(2) |

BEFORE the Honorable Monica J. Benton, United States Magistrate Judge, Seattle, Washington

The undersigned complainant being duly sworn states:

## COUNT 1
(Possession of a Firearm)

On or about May 23, 2000, in Tacoma, within the Western District of Washington, JOHN ALLEN MUHAMMAD, who was subject to an Order of Protection that: (a) was issued by the Superior Court of the State of Washington in and for Pierce County, Cause Number 00-2-00701-4, on or about March 17, 2000, after a hearing of which the defendant received actual notice, and at which he had an opportunity to participate; (b) restrains the defendant from harassing, stalking, or threatening his wife and children, and engaging in other conduct that would place his wife in reasonable fear of bodily injury to herself or the defendant's children, and

1  (c) by its terms explicitly prohibited the use, attempted use, or threatened use of
2  physical force against his wife or children that would reasonably be expected to cause
3  bodily injury, did knowingly possess in and affecting interstate commerce, a firearm,
4  that is, one Bushmaster rifle, semi-automatic .223 caliber, model A-35, XM15-E2S,
5  serial number L166036, which firearm had been shipped and transported in interstate
6  commerce.

7  All in violation of Title 18, United States Code, Sections 922(g)(8) and
8  924(a)(2).

9  The complainant states that this complaint is based on the following information:

10  1.  I, Craig A. Howe, am a Special Agent with the Bureau of Alcohol
11  Tobacco and Firearms (ATF) and have been so employed for the past seven months. I
12  am currently assigned to the Seattle, Washington, office of the ATF, where I am
13  responsible for investigating and enforcing federal laws concerning firearms violations
14  I am classified and trained as a Federal Law Enforcement Officer, with federal
15  statutory arrest authority. The information contained within this affidavit is based on
16  my own personal observations, as well as information provided to me by other law
17  enforcement officers and witnesses.

18  2.  Based on my review of court records, I have learned that on or about
19  March 3, 2000, the Superior Court of Washington for Pierce County issued a
20  Temporary Order for Protection and Notice of Hearing against JOHN ALLEN
21  MUHAMMAD  The petitioner was Mildred Denice Muhammad. The Petition for
22  Order for Protection reflected that Mildred Denice Muhammad was the spouse of
23  JOHN ALLEN MUHAMMAD. The order set a hearing for March 17, 2000, and
24  directed MUHAMMAD to "appear and show cause why this temporary order should
25  not be made effective for one year or more, and why the court should not order the
26  relief requested by the petitioner." Court records indicate that on March 8, 2000,
27  JOHN ALLEN MUHAMMAD was personally served with the Temporary Order for
28

1  Protection and Notice of Hearing, thereby giving him actual notice of the hearing and
2  an opportunity to participate in the hearing.

3      3.    Based on my review of court records I have learned that on March 17,
4  2000, Pierce County Superior Court held a hearing. JOHN ALLEN MUHAMMAD
5  failed to appear at this hearing. At the conclusion of the hearing the Superior Court
6  issued an Order for Protection which contained a finding that JOHN ALLEN
7  MUHAMMAD had committed domestic violence in violation of Washington State law.
8  The Order for Protection also permanently restrained JOHN ALLEN MUHAMMAD
9  from "causing physical harm, bodily injury, assault, including sexual assault, and from
10 molesting, harassing, threatening or stalking" Mildred Denice Muhammad and their
11 three minor children.

12     4.    I have reviewed a State of Washington Firearm Transfer form (Form
13 Z-10) which was provided to ATF by Welcher's Gun Shop in Tacoma, Washington.
14 The form reflects that on or about May 23, 2000, JOHN ALLEN MUHAMMAD
15 transferred a Bushmaster rifle, semi-automatic .223 caliber, model A-35, XM15-E2S,
16 serial number L166036. The form transferring the firearm contains an address for
17 JOHN ALLEN MUHAMMAD of 7302 S. Ainsworth, Tacoma, Washington, and a
18 date of birth of 12/31/1960, and a Washington State Driver's License number of
19 MUHAMJA402RU. I have reviewed JOHN ALLEN MUHAMMAD's Washington
20 State Driver's License, and it bears the same address, date of birth, and driver's license
21 number that appear on the Washington State form.

22     5.    ATF Special Agent Doug Krogh has advised me that Bushmaster rifles
23 have never been manufactured in the State of Washington. Therefore, the rifle JOHN
24 ALLEN MUHAMMAD possessed on May 23, 2000, must have come into the State of
25 Washington from outside the state.

26     6.    On or about October 22, 2002, FBI agents interviewed Robert Edward
27 Holmes. The agents prepared a written memorandum of their interview which I have
28 reviewed. Mr. Holmes indicated that he has known JOHN ALLEN MUHAMMAD

1  since approximately November 1985 when they were both stationed at Fort Lewis
2  Army Base in Tacoma, Washington. During the past six months JOHN ALLEN
3  MUHAMMAD has come to Mr. Holmes' Tacoma, Washington, residence on three
4  separate occasions  During the first visit approximately six months ago, JOHN
5  ALLEN MUHAMMAD and an associate displayed an AR-15 assault rifle and either a
6  303 or 30-06 rifle.
7          7.      On the second visit approximately four months ago, Mr. Holmes saw
8  JOHN ALLEN MUHAMMAD in possession of an AR-15 assault rifle with a scope
9  which he carried in a silver, aluminum briefcase. JOHN ALLEN MUHAMMAD and
10 his associate made statements that they were taking the AR-15 to the range to "zero it."
11 Based on my experience and training, "zeroing" a rifle means aligning the scope on the
12 rifle with the barrel, so that the rifle will shoot accurately. Mr. Holmes also saw
13 JOHN ALLEN MUHAMMAD and his associate in possession of a book on how to
14 make a sound suppressor. JOHN ALLEN MUHAMMAD told Mr. Holmes, "Can you
15 imagine the damage you could do if you could shoot with a silencer?" According to
16 Mr. Holmes, JOHN ALLEN MUHAMMAD had unsuccessfully attempted to make a
17 silencer. Mr. Holmes further said that JOHN ALLEN MUHAMMAD had left several
18 items at Mr. Holmes' residence which had been used by JOHN ALLEN
19 MUHAMMAD in his attempt to build a silencer for the AR-15.
20 ///
21 ///
22 ///
23
24
25
26
27
28

COMPLAINT/JOHN ALLEN MUHAMMAD — 4

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970

8. Based on the foregoing, I submit that probable cause exists to believe that JOHN ALLEN MUHAMMAD committed violations of Title 18, United States Code, Sections 922(g)(8) and 924(a)(2).

_____
CRAIG A. HOWE, Complainant
Special Agent, Bureau of Alcohol, Tobacco & Firearms

Complaint and affidavit sworn to before me and subscribed in my presence, this 23 day of October, 2002.

_____
MONICA J. BENTON
United States Magistrate Judge

COMPLAINT/JOHN ALLEN MUHAMMAD — 5

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970