ORIGINAL

**FILED** NOV - 6 2002
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

CC: TO JUDGE ___PM___

___FILED ___ENTERED
___LODGED ___RECEIVED

NOV 04 2002 PM
AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE'S DOCKET NO. |
| Plaintiff, | CASE NO. 02-561M |
| v. | GOVERNMENT'S MOTION FOR DISMISSAL OF COMPLAINT |
| JOHN ALLEN MUHAMMAD, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of court endorsed hereon, the United States Attorney for the Western District of Washington hereby dismisses without prejudice the criminal complaint presently pending against John Allen Muhammad.

Dated: this 4th day of November, 2002.

Respectfully submitted,

JOHN McKAY,
UNITED STATES ATTORNEY



CARL BLACKSTONE
Assistant United States Attorney

M 02 00561 #00000003

Leave of court is GRANTED for the filing of the foregoing dismissal.

DATED this 6 day of November, 2002.

UNITED STATES MAGISTRATE JUDGE

MOTION TO DISMISS COMPLAINT/
MUHAMMAD — 1

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970

                                                                haz
                    United States District Court
                              for the
                    Western District of Washington
                         November 7, 2002


              * * MAILING CERTIFICATE OF CLERK * *


Re:   2:02-m -00561


True and correct copies of the attached were mailed by the clerk to the
following:

        Carl H Blackstone, Esq.
        U S ATTORNEY'S OFFICE
        STE 5100
        601 UNION ST
        SEATTLE, WA   98101-3903
        FAX 553-0755